## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| PAUL F. JOHN, | ) | |
| #0633693 | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 13-0001-CG-M |
| | ) | |
| SAM COCHRAN, <u>et</u> <u>al.</u>, | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the defendants' motion for summary judgment is **GRANTED**.

**DONE and ORDERED** this 22nd day of October, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE