IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAUL F. JOHN, #0633693 | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 13-0001-CG-M ) |
| SAM COCHRAN, et al., | ) ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the defendants' motion for summary judgment is **GRANTED**.

**DONE and ORDERED** this 22nd day of October, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE